IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bergen, Thomas E

Printed: 6/24/08

Case Number: 04 B 08057
Judge: Goldgar, A. Benjamin
Filed: 5/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 30, 2008
Confirmed: July 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 16,362.61 |  |
| Secured: |  | 4,196.30 |
| Unsecured: |  | 9,248.83 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,505.20 |
| Trustee Fee: |  | 812.29 |
| Other Funds: |  | 599.99 |
| Totals: | 16,362.61 | 16,362.61 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,505.20 | 1,505.20 |
| 2. | Hinsbrook Bank & Trust | Secured | 0.00 | 0.00 |
| 3. | DuPage Credit Union Loan | Secured | 5,188.04 | 4,196.30 |
| 4. | ECast Settlement Corp | Unsecured | 435.83 | 435.83 |
| 5. | DuPage Credit Union Loan | Unsecured | 49.28 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 780.91 | 780.91 |
| 7. | DuPage Credit Union Loan | Unsecured | 560.19 | 560.19 |
| 8. | ECast Settlement Corp | Unsecured | 369.96 | 369.96 |
| 9. | ECast Settlement Corp | Unsecured | 359.69 | 359.69 |
| 10. | DuPage Credit Union Loan | Unsecured | 268.78 | 268.78 |
| 11. | Capital One | Unsecured | 890.11 | 890.11 |
| 12. | ECast Settlement Corp | Unsecured | 5,583.36 | 5,583.36 |
| 13. | BP Oil Co | Unsecured |  | No Claim Filed |
| 14. | Citgo Petroleum Corp | Unsecured |  | No Claim Filed |
| 15. | Exxon | Unsecured |  | No Claim Filed |
| 16. | Visa | Unsecured |  | No Claim Filed |
| 17. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,991.35 | $ 14,950.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 36.00 |
| 6.5% | 153.00 |
| 3% | 26.99 |
| 5.5% | 145.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bergen, Thomas E

Printed:  6/24/08

Case Number:  04 B 08057
Judge:  Goldgar, A. Benjamin
Filed:  5/6/04

|     |        |
|-----|--------|
| 5%  | 47.32  |
| 4.8%| 86.41  |
| 5.4%| 316.62 |
|     | _____ |
|     | $ 812.29 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____